ACCEPTED
05-14-01484-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/30/2015 3:41:28 PM
LISA MATZ
CLERK

Appellate Docket Number:     05-14-01484-CR

Appellate Case Style: Style:     Larry Ray Butler

Vs.     State of Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

3/30/2015 3:41:28 PM

LISA MATZ
Clerk

Companion Case:

Amended/corrected statement:     ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:     5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name:     Larry | ☐ Lead Attorney |
| Middle Name:     Ray | First Name:     Ronald |
| Last Name:     Butler | Middle Name:     L |
| Suffix: | Last Name:     Goranson |
| Appellant Incarcerated?     ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed          ☐ District/County Attorney |
| Pro Se:  ◯ | ☐ Retained          ☐ Public Defender |
|  | Firm Name:     Law Office of Ronald L. Goranson |
|  | Address 1:     1 Quadrangle Tower, Suite 675 |
|  | Address 2:     2828 Routh, LB 10 |
|  | City:     Dallas |
|  | State:     Texas          Zip+4:     75201 |
|  | Telephone:     214-651-1122          ext. |
|  | Fax:     (214) 871-0620 |
|  | Email:     rlgatty@aol.com |
|  | SBN:     08193000 |
|  | Add Another Appellant/ Attorney |

## III. Appellee

First Name:

Middle Name:

Last Name: Stare of Texas

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name: Lori

Middle Name:

Last Name: Ordiway

Suffix:

☐ Appointed ☒ District/County Attorney
☐ Retained ☐ Public Defender

Firm Name: Dallas County District Attorney

Address 1: 133 N. Riverfront, LB 19

Address 2:

City: Dallas

State: Texas     Zip+4: 7520

Telephone: 214-653-3600     ext.

Fax: 214-653-5774

Email: lori.ordiway@dallascounty.org

SBN: 12327300

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Controlled Substances

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: 10-23-2014

Offense charged: Poss controlled substance - cocaine

Date of offense: 8-17-2006

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?
☒ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: 11-19-2014

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 22 Months

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?
☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No     If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No     If yes, date filed:

Other: ☐ Yes ☒ No     If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA     If yes, date filed: 11/18/2014

Date of hearing:     ☒ NA

Date of order: 11/18/2014     ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA     If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 194th Judicial District Court

County: Dallas County

Trial Court Docket Number (Cause no): F-06-69427

Trial Court Judge (who tried or disposed of the case):

First Name: Ernest

Middle Name:

Last Name: White

Suffix:

Address 1: 133 N. Riverfront, LB 26

Address 2:

City: Dallas

State: Texas          Zip + 4: 75207

Telephone: 214-653-5802          ext.

Fax: 214-875-2487

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Nov 20, 2014

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: 11/20/2014

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official               ☐ Substitute

First Name: Belinda

Middle Name:

Last Name: Baraka

Suffix:

Address 1: 133 N. Riverfront, LB 26

Address 2:

City: Dallas

State: Texas          Zip + 4: 75207

Telephone: 214-653-5803          ext.

Fax: 214-653-2487

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: _____                          Court: _____

Style: _____

    Vs.    State of Texas

## X. Signature

_____
Signature of counsel (or Pro Se Party)

Date: March 30, 2015

Ronald L Goranson
Printed Name:

State Bar No: 08193000

Electronic Signature: Ronald L Goranson
    (Optional)

Name: Ronald L Goranson

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on March 30, 2015           .

_____
Signature of counsel (or pro se party)

Electronic Signature: Ronald L Goranson
    (Optional)

State Bar No.: 08193000

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: March 30, 2015

Manner Served: Email

First Name: Lori

Middle Name:

Last Name: Ordiway

Suffix:

Law Firm Name: Dallas county District Attorney's office

Address 1: 233 Riverfront, LB 19

Address 2:

City: Dallas

State Texas                    Zip+4: 75201

Telephone: 214712-3016          ext.

Fax: 214-653-2487

Email: